LODGED
RECEIVED

MAY 0 3 2010

CLERK U.S. DISTRICT COURT
DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

T-7303

No Summons

**COMPLA**

# ANTI TRUST, MALICIOUS PROSECUTION, VIOLATION OF DUE PROCESS RIGHTS, REPUTATIONAL LOSS OF LIBERTY, RACKETEERING, SLANDER

C10-05316KLS

The complaint is filed against the following people:

1. Dr. John S. Davis
2. AG Stephen Carpenter
3. AG Aileen Miller
4. AG Kim O'Neil
5. David Molinaro/DSHS
6. ALJ John Kuntz
7. ALJ Robert Krabill  (OAH)
8. Dr. Terry Grubb
9  Carl Whinnery
10. Investigator (MFCU) Jeff Oerlerich

**Dr. John Davis**- orchestrated the plot to destroy my reputation; stigmatize me through defammation of character, false press, releases, false documents sent to Federal agencies: the National Practitioner Data Bank, the OIG Exclusion Program and the DEA; thus limiting and ultimately destroying the possibility for licensure in another state as well as employment.

**Dr. John Davis**  Dr. Davis used or caused to be used various tactics that interfered with my business which resulted in unfair competition and ultimately the destruction of my business.  Dr. John Davis used the power that he garnered from his positions at DSHS as Senior Dental Administrator and his appointment as Chair of the Dental Quality Assurance Commission and the myriad of other powerful positions that he held to destroy my business.

In fact, Dr.Davis hatched a plot to develop a policy for termination of the DSHS provider contract that was used to disregard the rules that were in place to govern the audit and appeal process (WAC 388-502-0240). The rules that Dr.Davis used to illegally terminate my provider contract were not enacted into law and did not supersede the WAC 388-502-0240 rules.

Despite the fact that I had complained about Dr.Davis' conflict of interest because he was both the Chair of the Dental Quality Assurance Commission as well as Senior Dental Administrator of DSHS; and I would later find out that he held many other positions

that were in conflict; Dr. Davis self-appointed himself to
review my audit findings.  Dr.Davis kept his identity a secret
until the day of the first dispute hearing.  Dr. Davis  enlisted
the help of the auditor in order to terminate my provider contract.
This was in violation of the Government auditing standards,
standards that required the auditor to remain independent and
impartial.  Standards that required the manager, Dr. Davis, to
make certain that the auditor remained independent and impartial.
It was also in violation of WAC 388-502-0240 (13c) and 14, 15)

**Dr.John Davis** - was also responsible for giving the audit dept.,
the go ahead to, in violation of the fourth amendment, invade
my privacy, without any laws in place, and search my assets.

**Dr.John Davis - was supposed to recuse himself from voting on
the dental Commission in order to avoid conflicts of interests.**
However, there is evidence that Dr. Davis voted to have a com-
plaint against me go forward.

**Dr.John Davis-** in an attempt to cover up his illegal term-
ination of my DSHS provider contract provided false informa-
tion to the dental Commission in order to revoke my dental
license.

**Dr.Davis** -- was also instrumental in the audit statistics
being manipulated in order to get more money from me.  He was
also instrumental in the many laws that were broken during
the post audit review and he was also involved in making sure
that the OAH DSHS hearing was completely biased.  In fact,
I believe that Dr.Davis wrote the first initial order.

**Dr.Davis amassed an enormous amount of power and  ruled with
and egomaniacal iron hand.** Dr. Davis also enlisted other state
agents, including Ag Lisa Pan, Ag Carpenter in his scheme to
stigmatize me and first cause my license to be restricted through
prosecutorial and judicial misconduct, and second the aid of
Ag O'Neil to prosecute the bogus charges propel led by an ex-
parte panel using the wrong standard of proof and a 3 man panel
consisting of two dentists and a public member with no expertise,
or experience , but who also revealed a language comprehension
problem in 2006 disicplinary hearing.

AG Stepehn Carpenter – prosecuted me in the 2006 disciplinary
hearing.  Ag Carpenter:
1.   withheld evidence that was exculpatory
2.   withheld the identity of their expert witness through subte-
     fuge until the day before the hearing.  The expert witness
     turned out to be the Chair of the Board of my malpractice
     insurance company.  Using him was in violation of CR 26(g),
     among other rules.
3.   conspiring with Judge Kuntz to manufacture and conceal evi-
     dence in the 2006 hearing
4.   knowingly made charges that he knew to be false
5.   Made False information to Federal agencies knowingly; there-
     by stigmatizing me nationwide, causing me to lose business,
     insurance contracts, causing my malpractice insurance to
     dramatically increase, causing me to have to pay a $10,000
      fine to the Commission, wrongfully
5.   relitigation of charges that had been dismissed through
     summary judgment and conspiring with he alth law judge
     Kuntz to find me guilty of all charges dismissed; result-
     ing in Double Jeopardy

**AG AILEEN MILLER – Participated and led the Medicaid Fraud
Control Unit**  in the illegal search and seizure of my dental
office.  Ms. Miller and MFCU investigators, including Jeff
Oerlerich wrote a search warrant specifically naming five
patients and then set about to seize over **3600 original
records which have never been returned.  In fact, Ms.Miller
is trying to return copies of those records.**

**Ag Miller** – also brought criminal charges against me in June
of 2008 for five counts of Medicaid Fraud totaling $1183
dollars that had already been repaid, two years earlier; thus
violating the OIG Directives.  After intense and illegal
coercion in an attempt to make me plead guilty to mis-
demeanor, Ms. Miller dismissed the charges January 12, 2010.
However, over $25,000 in legal fees and another $50,000
spent in airfare and expenses, not to mention the stress of
being criminally charged, harassed, and intimidated.

**Investigator Jeff Oerlerich -MFCU – Mr.Oerlerich partipated**
in the illegal search and seizure of original dental records
related to the audit.  Only five records should have been
taken and they should have been copies.  Mr. Oerlerich refused
to return the original records when I asked for them; stating
that he would return copies of those records.  I refused the
copies.  I also believe that Mr. Oerlerich was also the leader
and orchestrator behind the terrorism and harassment;  as well
as the property damage that took place at my house. (Over 3600
original records were taken by Jeff Oerlerich and MFCU.
Mr. Oerlerich was also the orchestrator and coordinator of MFCU
agents who violated ny fourth amendment rights at will.

AG Kim O"neil- was the prosecutor involved with the emergency
summary suspension of my dental license, I believe concocted
by Dr.John Davis.  As prosecutor, Ms. O'Neil submitted evidence
that she knew was false, and not substantial.
Violation of my constitutional rights
1. procedural due process violations
2. confrontation/hearsay violations (not allowing me to face my
   accuser)
3. helping to write the final order which included inflammatory
   remarks made by Ms. O'Neil in an attempt to further stigmatize
   me
4. false, slanderous press releases
5. altering documents, removing documents from the certified
   agency record.
6. improper notification of charges
7, not following the Dental Commission's own rules
8. conspiring with Dr. Davis to revoke my dental license for life
   abusing her discretion

**AUDITOR DAVID MOLINARO**

Willingly participating in the illegal termination of my DSHS
provider contract by conspiring with Dr. John S. Davis.  Refusal
to follow the government  auditing standards. Falsifying audit
documents.  Falsifying statistics.  Violating my fourth amend-
ment rights.  Falsifying his credentials.
Incompetent,unaware of the rules that governed the audit process
(WAC 388-502-0240).  Soliciting complaints from patients in 2003
that somehow wound up on the audit in 2005.  Adding charts to
the sample after the sample had been drawn.  Not following the
methodology set out by DSHS when he conducted the audit.  Issuing
a penalty without the appropriate knowledge to do so.

**ALJ JOHN KUNTZ**- conspiring with AG Carpenter and Dr. John Davis
to find me guilty of charges that would restrict my license;
and therefore stigmatize me.  Judicial bias.  Refusal to
enter into evidence the declaration of Patient 4 which said that
Ag Carpenter had called her and found out that she had received
her and her husband's record; in an attempt tp protect Mr.
Carpenter.  The unjustified interference with my attorney's
attempt to cross examine patient 4 about Mr. Carpenter's phone
call to her.  Manufacturing and concealing evidence with Ag
Carpenter.  Finding me guilty of charges he had dismissed
during summary judgment; resulting in double jeopardy.  Allowing
complaints that had been reworked by the State's attorney to
go forward; thus not allowing me to face my accuser.
Judicial bias, judicial misconduct resulting in reputational
stigma.  Constitutional violations: procedural due process,
double jeopardy, improper notification of charges,confrontation
hearsay clause.

-4-

**ALJ ROBERT KRABILL** – Judicial bias, Judicial misconduct
Would not allow me rebuttal witnesses
Would not allow me access to all of the evidence
Would not allow me to cross examine Mr. Molinaro in order to
impeach him; and whenever he feared that Mr. Molinaro was in
danger; he would interrupt and finish his testimony or he
would provide another inappropriate reason for unjustifiably
curtailing my cross examination. A confrontation hearsay violation.
Procedural due process violations
Gave no weight to all of the evidence; for example, no weight was
given to the perjury of Dr. Davis and auditor Molinaro
Concealed evidence by turning off the digital recorder and having
the court reporter turn off her recorder.
Refused to acknowledge evidence that was indicative of DSHS' wrong-
doing.
Altered the digital recordings, altered the court reporter's
transcription or had her alter it. The court transcriptionist
informed me that she checked her transcription by using the
judge's digital recording.
Refused to recuse or disqualify himself due to his bias.
Swore me under oath even though there were charges of fraud against
me.
His findings of fact and conclusions of law gave no weight to
all of the evidence
Not a neutral or impartial trier of fact.

**DR. TERRY GRUGG** –DQAC EXPERT WITNESS. Also, Dr. Grubb was the
Chairman of the Board of my malpractice Co., Nordic Insurance
Co. Mr. Carpenter knew this information since 2002 when Dr.
Grubb was asked to look at certain x-rays. The hearing was in
2006. Dr. Grubb breached my confidentiality during voir dire.
Judge Kuntz ignored this breach of confidentiality, the conflict
of interest and the bias and allowed Dr. Grubb to testify as
DQAC's expert witness. Use of Dr. Grubb by DQAC was in violation
of CR 26(g) and the Appearance of Fairness doctrine. DQAC
continued to use Dr. Grubb despite objections of bias, conflict
of interest and breach of fiduciary duty. Dr. Grubb testified
against me for the Dental Commission, and in particular Patient
1. Patient 1 had filed a claim against me and was awarded
$8000 more than his claim was worth. Dr. Grubb testified against
me and for Patient 1. This is when I became certain that Nordic
was in league with DQAC.

Dr. Grubb continued to be used by DQAC in the Ex Parte Summary
Suspension hearing where he provided hearsay upon hearsay testi-
mony that was supposed to be substantial; but was not. He was
also used by DQAC in emergency summary suspension hearing whereup
on he provided testimony without proper preparation that allowed
DQAC to revoke my dental license. The charge that was supported
by his lack of preparation was failure to properly train my
dental assistant. Dr. Grubb testified that he did not seen
any training records.

**CARL WHINNERY** - A neighbor who lives across the street from me that allowed DQAC to use his RV to set up a command post; whereby agents of DQAC or MFCU resided 24 hours a day, seven days a week. Their purpose was to watch me, follow me, enter my home at will and steal evidence, enter my car at will and steal evidence; enter my office at will and steal evidence. Entry was through the garage door, the sliding glass doors. My phone and my computer were monitored. My satellite service was stolen and these people viewed me through my TV, a specialized co-axial cable. My electricity was also stolen. Mr. Whinery also permitted these people to park their trucks and vehicles in the back of his home.

After Mr.Whinnery sold his RV; MFCU or agents of DQAC committed home invasion and proceeded to terrorize me. Mr. Whinery still allowed them to park their vehicles in the back of his garage, on his property. Ultimately, these agents drove me from my home through various acts of terroism.

## THE RURAL HEALTH SHORTAGE AREA DESIGNATION AND THE BILLIONS OF DOLLARS EXPECTED

My dental practice was very successful  I had over 5000 DSHS patients who came from multiple counties. Therefore, in 2004, I applied for the rural health shortage area designation and I received it because I had the right ratio . of patients to dentist: 5000:1. The rural health shortage area designation was for the entire county, Mason County.

Dr. Davis'plot to destroy my business began in 2003 when he got his first job at DSHS and was looking for large fraud dollars. Dr. Davis initiated an audit against me at that time; but closed it after he had gotten the results. Public disclosure would later reveal that Dr.Davis expected to get $258,739.12 if the audit had been conducted at that time; but he wanted to wait to get a bigger monetary outcome. Dr.Davis' termination of the audit without informing me of the outcome was aginst Government Auditing Standards that DSHS is supposed to follow if they accept federal funds.

After I acquired the Rural Health Shortage Area Designation, Dr. Davis was even more determined to steal my business and used his various offices to do so. Complaints had been made by multiple providers regarding his tactics and his conflicts of interest; but the Governor turned a deaf ear.

Dr.Davis' disdain for the law is evident in his methods. Dr. Davis does not follow DQAC's or DSHS' rules. He has no oversight and has turned both agencies into small replicas of pre-war Nazi, Germany.